# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LARUE SCOTT,
              Appellant,

vs.

JAMES COX,
              Respondent.

No. 80339

**FILED**

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Kerry Louise Earley, District Judge
      Steven Larue Scott
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk

20-04769